UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GARY BAUBLITZ,

    Petitioner,

CASE NO. 14-10768

v.

HONORABLE GEORGE CARAM STEEH

BONITA HOFFNER,

    Respondent.
_____/

## JUDGMENT

This matter came before the Court on a pro se petition for the writ of habeas corpus under 28 U.S.C. § 2241. For the reasons given in an opinion and order entered on this date,

**IT IS ORDERED THAT**

- respondent's motion for summary judgment and dismissal of the habeas petition (Dkt. #7) is **GRANTED**;

- petitioner's cross motion for summary judgment (Dkt. #13) is **DENIED**;

- the habeas corpus petition (Dkt. #1) is **DISMISSED** as untimely;

- judgment is entered in favor of respondent; and

- a certificate of appealability is denied.

                            DAVID J. WEAVER
                            COURT ADMINISTRATOR

                By:    Marcia Beauchemin
                         Deputy Clerk

Dated: January 28, 2015

---

CERTIFICATE OF SERVICE

Copies of this Judgment were served upon attorneys of record on January 28, 2015, by electronic and/or ordinary mail and also on Gary Baublitz #164662, Lakeland Correctional Facility, 141 First Street, Coldwater, MI 49036.

s/Barbara Radke
Deputy Clerk